UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **MICHAEL FEENEY,** | : | Intent to Distribute Methamphetamine) |
| **Defendant.** | : | |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

From on or about 2000, to March 14, 2005, within the District of Columbia and elsewhere, **MICHAEL FEENEY,** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(**Conspiracy to Possess With Intent to Distribute Methamphetamine**, in violation of Title 21, United States Code, Section 846)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
ELISA POTEAT
Assistant United States Attorney
Bar No. 420-604
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4120
Washington, D.C. 20530
(202) 514-7067