UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-321 (TFH) |
| | : | UNDER SEAL |
| v. | : | |
| | : | |
| MICHAEL FEENEY | : | |
| | : | |
| Defendant. | : | Sentencing: January 11, 2007 |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, respectfully requests that this sentencing be continued:

Michael Feeney pleaded guilty to Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine on October 27, 2006. The defendant's plea anticipated his cooperation in future investigations.

The government anticipates that it will need no less than six additional months to complete its present investigation, although it is possible the next investigative phase could proceed more quickly. The defendant has already debriefed with agents from the DEA; however, his health remains uncertain and he has been hospitalized for the past week. As a result, he has not been able to provided testimony before the grand jury. Despite his health problems, the government remains optimistic that he will be able to continue his cooperation. The government hopes that he will be able to testify before the grand jury before the end of February.

Government's counsel has conferred with Mr. Howard Katzoff, counsel for Mr. Feeney, and he does not oppose this motion.

WHEREFORE, the government requests that the sentencing in this matter be continued for a period of 90 days.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498-610

_____
S. Elisa Poteat
D.C. Bar. No. 420-604
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 Fourth Street, N.W., Room 4820
Washington, D.C. 20530
202/514-7067

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing status report was served by facsimile (202-255-9042) and first class mail, postage pre-paid, upon counsel for the defendant, Howard Katzoff, 717 D Street, NW, Suite 310, Washington, D.C., 20004, this 3rd day of January, 2007.

_____
S. Elisa Poteat
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-321 (TFH) |
| | : | (Under Seal) |
| v. | : | |
| | : | |
| **MICHAEL FEENEY** | : | |
| | : | |
| Defendant. | : | Sentencing: January 11, 2007 |

### ORDER

Based on the representations in the Government's Motion to Continue the Sentencing, it is hereby,

ORDERED this ___ day of January, 2007, that the sentencing in this matter will be continued to the ___ day of _____, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court
District of Columbia

cc:
S. Elisa Poteat
Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
Elisabeth.S.Poteat@usdoj.gov

Howard Katzoff, Esq.
717 D Street, NW, Suite 310
Washington, D.C. 20004
KatzoffH@aol.com