FILED
JAN 4 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0321 (TFH) |
| ) | |
| MICHAEL FEENEY, ) | SEALED |
|     Defendant. ) | |

### ORDER

Upon consideration of the government's motion to continue sentencing, the Court

**ORDERS** that a status conference shall be held in approximately 90 days. The parties shall confer with the Court's courtroom deputy to schedule a time convenient to the parties and the Court.

**SO ORDERED.**

January 4th, 2007

Thomas F. Hogan
Chief Judge