UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0321 (TFH) |
| ) | |
| MICHAEL FEENEY ) | SEALED |
| Defendant. ) | |
| ) | |

**ORDER**

FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the parties' request, the Court

**ORDERS** that the status hearing set for Monday, March 3, 2008, is continued. The Court further

**ORDERS** the parties to contact Courtroom Deputy Harold Smith to reschedule the hearing.

**SO ORDERED**.

February 29, 2008

Thomas F. Hogan
Chief Judge

