## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-321 |
| | : | |
| vs. | : | SSN: __ _ _____ |
| | : | |
| FEENEY, Michael | : | Disclosure Date: May 22, 2008 |

JUN 2 3 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                              _____
Prosecuting Attorney                                                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  03 June 08        _____  6/3/08
Defendant                    Date                Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 5, 2008**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer